Certificate Number: 05781-CAS-DE-041694760

Bankruptcy Case Number: 26-04585

05781-CAS-DE-041694760

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 18, 2026, at 10:39 o'clock PM PST, Rachelle Da Costa completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date: November 18, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President